1 | The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company, | Case No. 2:21-cv-01512-TL |
| Plaintiffs, | (LEAD CASE) |
| v. | **DECLARATION OF SEAN FARRELL IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR EXPEDITED DISCOVERY** |
| Individuals and entities doing business as the following Amazon Selling Accounts: ACKARY; AVANTAWAY; CCBAO; Grillike; HIMIRL; HOZOEE; HZHJIY; MELLSSA; MUSTBUILTY; NEXPLAS; PSHIP; VIDVIE-US; and DOES 1-10, | |
| Defendants. | |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company, | Case No. 2:22-cv-00674-TL |
| Plaintiffs, | |
| v. | |
| Individuals and entities doing business as PDREAM and PHONIY; and DOES 1-10, | |
| Defendants. | |

DECLARATION OF SEAN FARRELL- 1
(2:21-cv-01512-TL)

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>  v.<br><br>Individuals and entities doing business as MUSTUDY; and DOES 1-10,<br><br>    Defendants. | Case No. 2:22-cv-00675-TL |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>  v.<br><br>Individuals and entities doing business as STW HARDWARE and ACOVER; and DOES 1-10,<br><br>    Defendants. | Case No. 2:22-cv-00676-TL |

I, Sean Farrell, declare and state as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. I have been employed by Amazon.com, Inc. ("Amazon"), or its subsidiaries, since August 25, 2014. The statements below are made based on personal knowledge and my review of the relevant business records and are true to the best of my knowledge and belief.

2. My current role is Senior Risk Manager for the Amazon Counterfeit Crimes Unit where I am responsible for investigating bad actors suspected of selling counterfeit products in the Amazon.com store (the "Amazon Store").

3. The Amazon Counterfeit Crimes Unit is a global team dedicated to pursuing bad actors and holding them accountable to the fullest extent of the law, including working with law enforcement and pursuing civil lawsuits.

DECLARATION OF SEAN FARRELL- 2
(2:21-cv-01512-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

4. Amazon offers third-party resellers and brand owners the ability to sell products in the Amazon Store by registering an Amazon selling account.

5. I reviewed the selling account information for the three selling accounts associated with Defendants in the newly consolidated actions: (1) PDream; (2) Mustudy; and (3) STW Hardware (the "Selling Accounts").

6. The STW Hardware Selling Account provided a United States address to Amazon that it represented was STW Hardware's business addresses.

7. The two remaining Defendant Selling Accounts provided only Chinese addresses to Amazon.

8. Each Defendant Selling Account registered virtual bank accounts, administered by the payment service provider Payoneer Inc., to transfer funds to and from their Selling Accounts. Defendant Mustudy also used payment service provider, LL Pay U.S., LLC, to receive proceeds from its counterfeit sales.

9. All of the Defendant Selling Accounts' counterfeit packages identified 2565 Sampson Avenue, Corona, CA 92879 as the return address. All of Defendants' Selling Accounts identified 11751 Industry Avenue, Dock 41-46 Fontana, CA 92337, as either a removal address[1] or as the origination address for the counterfeit packages.

10. Defendants' exact location and true identities remain unknown.

I declare under penalty of perjury that the foregoing is true and correct.

8/25/2022

EXECUTED this ___ day of August, 2022 at _____.

Sean Farrell

---

[1] A "removal address" is the physical address designated by the seller where products are sent that are returned by customers or removed from Amazon's fulfillment centers.

DECLARATION OF SEAN FARRELL- 3
(2:21-cv-01512-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax