UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, Inc., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs,<br>  v.<br><br>Individuals and entities doing business as the following Amazon Selling Accounts: ACKARY; AVANTAWAY; CCBAO; GRILLIKE; HIMIRL; HOZOEE; HZHJIY; MELLSSA; MUSTBUILTY; NEXPLAS; PSHIP; VIDVIE-US; and DOES 1-10,<br><br>        Defendants. | CASE NO. 2:21-cv-01512-TL<br><br>(LEAD CASE)<br><br>ORDER OF REFERRAL |
| AMAZON.COM, Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>        Plaintiffs, | CASE NO. 2:22-cv-00674-TL |

ORDER OF REFERRAL - 1

|  |  |
|---|---|
| v.<br><br>Individuals and entities doing business as PDREAM and PHONIY; and DOES 1-10,<br><br>            Defendants. |  |
| AMAZON.COM, Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>            Plaintiffs,<br><br>    v.<br><br>Individuals and entities doing business as MUSTUDY; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:22-cv-00675-TL |
| AMAZON.COM, Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>            Plaintiffs,<br><br>    v.<br><br>Individuals and entities doing business as STW HARDWARE and ACOVER; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:22-cv-00676-TL |

The Court issues this Order *sua sponte* and in response to In re: Amazon Counterfeit Enforcement Litigation, General Order 03-23 (Mar. 7, 2023). Consistent with General Order

ORDER OF REFERRAL - 2

1  03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate

2  Judges designated by General Order 03-23.

3  The Clerk is DIRECTED to provide copies of this Order to all Counsel and Parties.

4  Dated this 16th day of March 2023.

Tana Lin
United States District Judge