The Honorable Judge Tana Lin
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>  v.<br><br>GUIZHEN LI, an individual d/b/a Selling Accounts Avantaway, CCBAO, Grillike, HIMIRL, Hozoee, HZHJIY, Mellssa, Mustbuilty, Nexplas, and VIDVIE-US; QIUPING ZHAN, an individual d/b/a Selling Accounts Ackary and Pship; CHANGMING CHEN, an individual d/b/a Selling Account Avantaway; and DOES 1-10,<br><br>          Defendants. | Lead Case No. 2:21-cv-01512-TL-MLP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>          Plaintiffs,<br><br>  v.<br><br>YAHUI CUI, an individual d/b/a Selling Accounts PDream/Phoniy, Mustudy, and STW Hardware/Acover; and DOES 1-10,<br><br>          Defendants. | Consolidated Cases:<br>No. 2:22-cv-00674-TL-MLP<br>No. 2:22-cv-00675-TL-MLP<br>No. 2:22-cv-00676-TL-MLP |

[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSOLIDATED
*EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(Lead Case No. 2:21-cv-01512-TL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Weber-Stephen Products LLC (collectively, "Plaintiffs") for leave to file an over-length consolidated e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 2,900 words.

SO ORDERED this 30th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ *Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

s/ *Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSOLIDATED
*EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(Lead Case No. 2:21-cv-01512-TL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax