The Honorable Judge Tana Lin
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GUIZHEN LI, an individual d/b/a Selling Accounts Avantaway, CCBAO, Grillike, HIMIRL, Hozoee, HZHJIY, MellSsa, Mustbuilty, Nexplas, and VIDVIE-US; QIUPING ZHAN, an individual d/b/a Selling Accounts Ackary and Pship; CHANGMING CHEN, an individual d/b/a Selling Account Avantaway; and DOES 1-10,<br><br>Defendants. | Lead Case No. 2:21-cv-01512-TL-MLP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>**[CLERK'S ACTION REQUIRED]** |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>YAHUI CUI, an individual d/b/a Selling Accounts PDream/Phoniy, Mustudy, and STW Hardware/Acover; and DOES 1-10,<br><br>Defendants. | Consolidated Cases:<br>No. 2:22-cv-00674-TL-MLP<br>No. 2:22-cv-00675-TL-MLP<br>No. 2:22-cv-00676-TL-MLP |

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(Lead Case No. 2:21-cv-01512-TL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

TO: Clerk of the Court

AND TO: Defendants and their counsel of record

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2(b)(3), Lindsey Mundt of Davis Wright Tremaine LLP hereby withdraws as counsel of record for Plaintiffs Amazon.com, Inc. and Weber-Stephen Products LLC.  Scott R. Commerson and Lauren Rainwater at Davis Wright Tremaine LLP, will remain as counsel of record for Plaintiffs and should continue to receive notices.

DATED this 15th day of September, 2023.

DAVIS WRIGHT TREMAINE LLP

*s/ Lindsey Mundt*
Lauren B. Rainwater, WSBA #43625
Lindsey Mundt, WSBA #49434
920 Fifth Avenue, Suite 3300
Seattle WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com
   lindseymundt@dwt.com

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(Lead Case No. 2:21-cv-01512-TL-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax