UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GUIZHEN LI, an individual d/b/a Selling Accounts Avantaway, CCBAO, Grillike, HIMIRL, Hozoee, HZHJIY, MellSsa, Mustbuilty, Nexplas, and VIDVIE-US; QIUPING ZHAN, an individual d/b/a Selling Accounts Ackary and Pship; CHANGMING CHEN, an individual d/b/a Selling Account Avantaway; and DOES 1-10,<br><br>Defendants. | Lead Case No. 2:21-cv-01512-TL<br><br>MINUTE ORDER |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>YAHUI CUI, an individual d/b/a Selling Accounts PDream/Phoniy, Mustudy, and STW Hardware/Acover; and DOES 1-10,<br><br>Defendants. | Consolidated Cases:<br>No. 2:22-cv-00674-TL<br>No. 2:22-cv-00675-TL<br>No. 2:22-cv-00676-TL |

MINUTE ORDER - 1

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Plaintiffs are ORDERED to file, **within fourteen (14) days** of this Order, a status report including: (1) the status of the remaining Doe Defendants; and (2) a proposed schedule for any motions for default judgment.

Dated this 5th day of March 2024.

                                         Ravi Subramanian
                                         Clerk of the Court

                                         s/ Kadya Peter
                                         Deputy Clerk