The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GUIZHEN LI, an individual d/b/a Selling Accounts Avantaway, CCBAO, Grillike, HIMIRL, Hozoee, HZHJIY, MellSsa, Mustbuilty, Nexplas, and VIDVIE-US; QIUPING ZHAN, an individual d/b/a Selling Accounts Ackary and Pship; and CHANGMING CHEN, an individual d/b/a Selling Account Avantaway,<br><br>Defendants. | Lead Case No. 2:21-cv-01512-TL<br><br>**PLAINTIFFS' STATUS REPORT** |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>YAHUI CUI, an individual d/b/a Selling Accounts PDream/Phoniy, Mustudy, and STW Hardware/Acover,<br><br>Defendant. | Consolidated Cases:<br>No. 2:22-cv-00674-TL<br>No. 2:22-cv-00675-TL<br>No. 2:22-cv-00676-TL |

PLAINTIFFS' STATUS REPORT ON DOE DEFENDANTS
AND DEFAULT JUDGMENT - 1
(2:21-cv-01512-TL)

Davis Wright Tremaine LLP
LAW OFFICES
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
213.633.6800 main · 213.633.6899 fax

1   Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Weber-Stephen Products LLC (collectively, "Plaintiffs") submit this status report pursuant to the Court's March 5, 2024 Minute Order, in which the Court directed Plaintiffs to provide an update regarding the status of the remaining Doe Defendants and a proposed schedule for Plaintiffs' motion for default judgment. Dkt. 34. Plaintiffs advise as follows.

On March 19, 2024, Plaintiffs filed a Rule 41 Notice of Dismissal as to the Doe Defendants in the Lead and Consolidated Cases. Dkt. 35.

Plaintiffs intend to move for default judgment against the remaining Defendants—Changming Chen, Yahui Cui, Guizhen Li, and Qiuping Zhan—by April 15, 2024.

DATED this 19th day of March, 2024.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

/s/ *Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

PLAINTIFFS' STATUS REPORT ON DOE DEFENDANTS
AND DEFAULT JUDGMENT - 2
(2:21-cv-01512-TL)

Davis Wright Tremaine LLP
LAW OFFICES
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
213.633.6800 main · 213.633.6899 fax