The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and WEBER-STEPHEN PRODUCTS LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>GUIZHEN LI, an individual d/b/a Selling Accounts Avantaway, CCBAO, Grillike, HIMIRL, Hozoee, HZHJIY, MellSsa, Mustbuilty, Nexplas, and VIDVIE-US; QIUPING ZHAN, an individual d/b/a Selling Accounts Ackary and Pship; and CHANGMING CHEN, an individual d/b/a Selling Account Avantaway,<br><br>           Defendants. | No. 2:21-cv-01512-TL<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' AMENDED *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WEBER-STEPHEN PRODUCTS LLC, a Delaware Limited Liability Company,<br><br>           Plaintiffs,<br><br>   v.<br><br>YAHUI CUI, an individual d/b/a Selling Accounts PDream/Phoniy, Mustudy, and STW Hardware/Acover,<br><br>           Defendant. | Consolidated Cases:<br>No. 2:22-cv-00674-TL<br>No. 2:22-cv-00675-TL<br>No. 2:22-cv-00676-TL |

[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:21-cv-01512-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on Plaintiffs Amended *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Weber-Stephen Products LLC (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 8,300 words.

SO ORDERED this 17th day of April, 2024.

Tana Lin
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott Commerson
Scott Commerson, WSBA #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED
*EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:21-cv-01512-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax